McGREGOR W. SCOTT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Petitioner
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>LO SAEYANG,<br><br>　　　　　　　　Respondent. | No. 2:20-mc-0317 TLN DB<br><br>**ORDER TO SHOW CAUSE**<br>**RE: TAX SUMMONS ENFORCEMENT**<br><br>Date:　　February 19, 2021<br>Time:　　10:00 a.m.<br>Ctrm:　　Videoconference<br>Judge:　　Deborah Barnes |

　　　　Upon the petition of Steven Tennyson, Assistant United States Attorney for the Eastern District of California, including the verification of Revenue Officer Almetruis Swain, and the exhibits attached thereto:

　　　　IT IS HEREBY ORDERED that the Respondent Lo Saeyang, appear before United States Magistrate Judge Barnes, on Friday, February 19, 2021 to show cause why they should not be compelled to obey the IRS summonses issued on September 19, 2019.

　　　　IT IS FURTHER ORDERED that:

　　　　1.　　Judge Barnes will preside, under 28 U.S.C. § 636(b)(1) and Local Rule 302(c)(9), at the hearing scheduled above.  After hearing, the Court intends to submit proposed findings and recommendations under Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided to all parties.

ORDER TO SHOW CAUSE
RE:  TAX SUMMONS ENFORCEMENT

1

2.     Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating IRS employee, and all federal employees designated by that employee, to serve process in this case.

3.     To afford the Respondent an opportunity to respond to the petition and the petitioner an opportunity to reply, a copy of this order, the Petition and its Exhibits, and the Points and Authorities, shall be served by delivering a copy to the Respondent personally, or by leaving a copy at the Respondent's dwelling, house or usual place of abode, with some person of suitable age and discretion then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), at least 30 days before the show cause hearing date including any continued date, unless such service cannot be made despite reasonable efforts.

4.     Proof of any service done under paragraph 3, above, shall be filed with the Clerk as soon as practicable.

5.     If the federal employee assigned to serve these documents is not reasonably able to serve the papers as provided in paragraph 3, Petitioner may request a court order granting leave to serve by other means.  *See* Fed. R. Civ. P. 81(a)(5).  The request shall detail the efforts made to serve the respondent.

6.     The Petition reflects a *prima facie* showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed.  *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to whomever might oppose enforcement.

7.     If the Respondent has any defense or opposition to the Petition, such defense or opposition shall be made in writing and filed with the Clerk and served on the United States Attorney at least 10 days before the show cause hearing date including any continued date.

8.     At the show cause hearing, the Court intends to consider the issues properly raised in opposition to enforcement.  Only those issues brought into controversy by the responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation in the petition will be considered admitted.

9.     The Respondent may notify the Court, in a writing filed with the Clerk and served on the

United States Attorney at least 10 days before the date set for the show cause hearing, that he has no objections to enforcement of the summons. The Respondent's appearance at the hearing will then be excused.

IT SO ORDERED.

Dated: January 5, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.civil\ USvSaeyang0317.osc