1  McGREGOR W. SCOTT
United States Attorney
2  STEVEN S. TENNYSON
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Petitioner
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              No.  2:20-mc-0317 TLN DB

12                        Petitioner,
                                          **FINDINGS AND RECOMMENDATIONS**
13              v.

14  LO SAEYANG,

15                        Respondent.

16

17        On December 18, 2020, the United States filed a petition to enforce an Internal Revenue Service

18  summons ("IRS").  (ECF No. 1.)  On January 6, 2021, the undersigned issued an Order to Show Cause

19  as to why the summonses should not be enforced.  (ECF No. 3.)  A copy of that order, along with the

20  verified petition filed December 18, 2020, and its supporting documents was served on Respondent Lo

21  Saeyang on January 13, 2021.  (ECF No. 4.)

22        The matter came before the undersigned for hearing on February 19, 2021, pursuant to the order

23  to show cause.  (ECF No. 5.)  Attorney Steven Tennyson appeared for the Petitioner.  Respondent did

24  not respond to the Order to Show Cause or appear at the February 19, 2021 hearing.

25        The undersigned has reviewed the petition and documents in support.  Based on the

26  uncontroverted petition verified by Revenue Officer Almetrius Swain, and the entire record, I make the

27  following findings and recommendations, pursuant to 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 304 of

28  the Local Rules of the United States District Court for the Eastern District of California:

1.      Subject matter jurisdiction is invoked pursuant to 28 U.S.C. §§ 1340 and 1345 and is found to be proper.  26 U.S.C. §§ 7402(b) and 7604(a) authorize the government to bring this action in this court.

2.      The summonses issued on August 23, 2019 (ECF No. 1-1 at ¶4), and served upon Respondents that same day (*Id.* ¶5), seeking testimony and production of documents and records in Respondent's possession was issued in good faith and for a legitimate purpose under I.R.C. § 7602, that is, to secure information related to the collection of Respondent's tax liabilities for the federal income tax periods ending December 31, 2009 through December 31, 2018.  (*Id*. at ¶3.)

3.      The information sought—Respondent's wage statements, records pertaining to distributive shares of partnership income, bank records, dividend statements, and endowment contracts—is relevant to that purpose.  (*Id*. at ¶7).

4.      The information sought is not already in the possession of the Internal Revenue Service. (*Id*. at ¶8).

5.      The administrative steps required by the Internal Revenue Code have been followed.  (*Id*. at ¶9).

6.      There is no evidence of a referral of this case by the Internal Revenue Service to the Department of Justice for criminal prosecution.  (*Id*. at ¶10).

7.      The verified petition and its exhibits made a prima facie showing of satisfaction of the requirements of <u>United States v. Powell</u>, 379 U.S. 48, 57-58 (1964).

8.      The burden shifted to Respondent to rebut that prima facie showing.

9.      Respondent has presented no argument or evidence to rebut the prima facie showing.

Accordingly, IT IS HEREBY RECOMMENDED that the IRS summonses served upon Respondent Lo Saeyang be enforced and that Respondent be ordered (1) to appear at the IRS offices located at 4330 Watt Avenue, Suite 4303, in Sacramento, California (or by telephone pursuant to the consent of Respondent), before Revenue Officer Almetrius Swain within 60 days of any order adopting these findings and recommendations to give testimony; and (2) to produce for examining and copying the books, checks, records, papers and other data demanded by the summons.  I further recommend that if it enforces the summonses, the Court retain jurisdiction to enforce its order by its contempt power.

Findings and Recommendations

1    These findings and recommendations are submitted to the United States District Judge

2 assigned to the case, under 28 U.S.C. § 636(b)(1)(B) and (C) and Rule 304 of the Local Rules of

3 the United States District Court for the Eastern District of California.  Within fourteen (14) days

4 after being served with these findings and recommendations, any party may file written

5 objections with the court and serve a copy on all parties.  Such a document should be titled

6 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the

7 objections shall be served and filed within fourteen (14) days after service of the objections.

8 The District Judge will then review these findings and recommendations pursuant to 28 U.S.C.

9 § 636(b)(1).  The parties are advised that failure to file objections within the specified time may

10 waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir.

11 1991).

12 Dated:  March 14, 2021

13

14

15 DEBORAH BARNES
    UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20 DLB:6
    DB/orders/orders.civil/USvsaeyang0317.pet.f&rs

21

22

23

24

25

26

27

28

Findings and Recommendations