PHILLIP A. TALBERT
United States Attorney
STEVEN S. TENNYSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Petitioner
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Petitioner,<br><br>          v.<br><br>LO SAEYANG,<br><br>                    Respondent. | CASE NO.  2:20-MC-00317-TLN-DB<br><br>**ORDER DISMISSING CASE** |

        It is hereby ordered that the above-referenced matter is dismissed without prejudice, with each party bearing its own costs.  The Clerk shall close the case.

Dated: June 1, 2022

_____
Troy L. Nunley
United States District Judge

ORDER DISMISSING CASE

1